John S. HAYNES, Appellant, v. SOUTHERN RAILWAY SYSTEM, Appellee.

No. 10647.

United States Court of Appeals
Sixth Circuit.

Nov. 22, 1948.

Claude P. Stephens and Kit C. Elswick, both of Lexington, Ky., for appellant.

Bradley & Bradley, of Georgetown, Ky., James Park, of Lexington, Ky., Willard H. McEwen, of Toledo, Ohio, and Frost & Jacobs, of Cincinnati, Ohio, for appellee.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on the transcript of the record, briefs of the parties, and argument of counsel in open court, and the court being duly advised; now, therefore, it is hereby ordered that the judgment of the district court be and is hereby affirmed upon the authority of Oakley v. Louisville & Nashville Railroad Company, 6 Cir., 170 F.2d 1008.